OFFICE OF DISCIPLINARY COUNSEL *v.* ZALLER.

[Cite as Disciplinary Counsel *v.* Zaller (1990), 52 Ohio St. 3d 227.]

(No. 90-452—Submitted April 17, 1990—Decided July 11, 1990.)

*J. Warren Bettis,* disciplinary counsel, and *Mark H. Aultman,* for relator.

*Michael T. Gunner,* for respondent.

*Per Curiam.* Having thoroughly reviewed the record, we conclude that respondent committed the misconduct alleged in the complaint. We further agree with the board's recommendation. Accordingly, respondent is hereby ordered suspended from the practice of law in Ohio for a period of one year to commence on the date of this decision. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.